# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 3:13-00054 |
| | ) | Judge Trauger |
| JOSE CAMARENA | ) | |
| | ) | |

## **ORDER**

It is hereby **ORDERED** that the sentencing scheduled for September 27, 2013, is **RESET** for Wednesday, August 28, 2013 at 2:30 p.m.

It is so **ORDERED**.

ENTER this 26th day of August 2013.

_____
ALETA A. TRAUGER
U.S. District Judge